JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants KENNETH VITORELO, JACK AIELLO and CITY OF SAN CARLOS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. HOWELL and SHELLEY H.K. HOWELL,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH VITORELO, individually and in his capacity as a San Carlos Building Inspector; JACK AIELLO, individually and in his capacity as the San Carlos Building Official; CITY OF SAN CARLOS,<br><br>Defendants. | Case No. C 07-06086 JL<br><br>**DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT** |

COME NOW Defendants KENNETH VITORELO, JACK AIELLO and CITY OF SAN CARLOS (collectively, "Defendants") and in answer to the complaint on file herein, admit, deny and allege as follows.

I.

**INTRODUCTION**

1.  Answering the allegations contained in Paragraphs 1 through 5, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations of

1

---
DEFENDANTS' ANSWER TO COMPLAINT; Case No. C 07-06086 JL

1  said paragraphs and, basing their denial on that ground, deny each and every allegation contained
2  therein.

## II.

## JURISDICTION AND VENUE

2.  Answering the allegations contained in Paragraphs 6 through 8, Defendants admit that this Court has jurisdiction over Plaintiffs' alleged federal claims, that venue is proper in the Northern District, and that this lawsuit should be assigned to the San Francisco Division of this Court.

## III.

## PARTIES

3.  Answering the allegations contained in Paragraphs 9 and 10, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations in said paragraphs, and basing their denial on that ground, deny each and every allegation contained therein.

4.  Defendants admit the allegations contained in Paragraphs 11 through 14.

## IV.

## FACTUAL ALLEGATIONS

5.  Answering the allegations contained in Paragraphs 15 through 31, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations of said paragraphs and, basing their denial on that ground, deny each and every allegation contained therein.

6.  Defendants admit the allegations in Paragraph 32.

7.  Answering the allegations contained in Paragraphs 33 and 34, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations of said paragraphs and, basing their denial on that ground, deny each and every allegation contained therein.

DEFENDANTS' ANSWER TO COMPLAINT; Case No. C 07-06086 JL

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

8. Defendants deny each and every allegation in Paragraph 35.

9 Answering the allegations contained in Paragraphs 36 through 42, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations of said paragraphs and, basing their denial on that ground, deny each and every allegation contained therein.

10. Answering the allegations contained in Paragraph 43, Defendants admit plaintiff received a Notice of violation from the San Carlos Building Department on August 17, 2006 and March 2, 2007. Defendants allege that they are without sufficient information or belief to enable them to answer the remaining allegations of said paragraph and, basing their denial on that ground, deny each and every remaining allegation contained therein.

11. Answering the allegations contained in Paragraphs 44 through 58, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations of said paragraphs and, basing their denial on that ground, deny each and every allegation contained therein.

12. Answering the allegations contained in Paragraph 59, Defendants admit in early October 2006, plaintiff received a letter dated October 2, 2006 from Inspector Vitorelo stating that Inspector Vitorelo and the Building Department had directed the San Carlos Finance Department to bill plaintiff for the December 19, 2005 inspection. Defendants allege that they are without sufficient information or belief to enable them to answer the remaining allegations of said paragraph and, basing their denial on that ground, deny each and every remaining allegation contained therein.

13. Answering the allegations contained in Paragraphs 60 through 68, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations of said paragraphs and, basing their denial on that ground, deny each and every allegation contained therein.

14. Defendants admit the allegations in Paragraph 69.

3

DEFENDANTS' ANSWER TO COMPLAINT; Case No. C 07-06086 JL

15. Answering the allegations contained in Paragraphs 70 through 80, Defendants allege that they are without sufficient information or belief to enable them to answer the allegations of said paragraphs and, basing their denial on that ground, deny each and every allegation contained therein.

### FIRST CLAIM FOR RELIEF

**Violation of Civil Rights, 42 U.S.C. § 1983, through Violation of right to be Free from Unreasonable Searches –Against All Defendants**

16. Answering Paragraph 81 of the Complaint, Defendants re-allege and incorporate by reference herein their answers to Paragraphs 1 through 80 as though fully set forth herein.

17. Defendants admit the allegations in Paragraph 82.

18. Defendants deny the allegations in Paragraphs 83 through 87.

### SECOND CLAIM FOR RELIEF

**Violation of Civil Rights, 42 U.S.C. § 1983, for Violation of right to Due Process Against All Defendants**

19. Answering Paragraph 88 of the Complaint, Defendants re-allege and incorporate by reference herein their answers to Paragraphs 1 through 87 as though fully set forth herein.

20. Defendants admit the allegations in Paragraph 89.

21. Defendants deny the allegations in Paragraphs 90 through 93.

### THIRD CLAIM FOR RELIEF

**Violation of Civil Rights, 42 U.S.C. § 1983, through denial of Equal Protection Against All Defendants**

23. Answering Paragraph 94 of the Complaint, Defendants re-allege and incorporate by reference herein their answers to Paragraphs 1 through 93 as though fully set forth herein.

24. Defendants admit the allegations in Paragraph 95.

25. Defendants deny the allegations in Paragraphs 96 through 99.

///

## FOURTH CLAIM FOR RELIEF

**Violation of Civil Rights, 42 U.S.C. § 1983, in Retaliation for Exercise of Free Speech and Association and Right to Petition - Against All Defendants**

26. Answering Paragraph 100 of the Complaint, Defendants re-allege and incorporate by reference herein their answers to Paragraphs 1 through 99 as though fully set forth herein.

27. Defendants admit the allegations in Paragraph 101.

28. Defendants deny the allegations in Paragraphs 102 through 105.

### FIRST AFFIRMATIVE DEFENSE

These answering defendants allege that the complaint fails to state a cause of action against these answering defendants.

### SECOND AFFIRMATIVE DEFENSE

These answering defendants deny any wrongdoing, negligence or liability on their part but, should it be determined that these defendants are liable to plaintiffs, then these defendants allege that plaintiffs were also legally at fault, and possibly others as well, and thus any recovery that might otherwise be rendered against these defendants must be reduced by that percentage which reflects the comparative fault of others.

### THIRD AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs acted with full knowledge of all the facts and circumstances surrounding their claimed injuries and damages and that said matters of which plaintiffs assumed the risk proximately contributed to and proximately caused their alleged injuries and damages, if any.

### FOURTH AFFIRMATIVE DEFENSE

These answering defendants allege their acts were privileged.

### FIFTH AFFIRMATIVE DEFENSE

These answering defendants allege that at all times relevant herein, defendants acted without malice and with probable cause.

DEFENDANTS' ANSWER TO COMPLAINT; Case No. C 07-06086 JL

### SIXTH AFFIRMATIVE DEFENSE

These answering defendants allege that each of the acts alleged to have been committed by the individual defendants were committed in good faith and in the exercise of a good faith belief that said acts were proper and lawful and within their legal responsibility and discretion.

### SEVENTH AFFIRMATIVE DEFENSE

These answering defendants allege that the acts complained of occurred within the scope of defendants' official duties and defendants had no knowledge that said acts neither were illegal and/or unconstitutional nor were said acts clearly violative of plaintiffs' rights at the time they were committed.

### EIGHTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs were guilty of willful and gross carelessness, misconduct and negligence in and about the matters set forth in the complaint, and that said willful and gross behavior proximately caused and contributed to the happening of the loss and damages complained of, and plaintiffs' willful and gross behavior either bars or reduces any potential recovery.

### NINTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs by their own conduct, induced and intentionally caused and brought about the conduct of which plaintiffs complain, and the loss and damages complained of, and plaintiffs' intentional conduct either bars or reduces any potential recovery.

### TENTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs consented to the acts complained of in the amended complaint and that said consent was both express and implied.

### ELEVENTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs' action is barred by virtue of the provisions of the California Tort Claims Act, including, but not limited to, Government Code §§

DEFENDANTS' ANSWER TO COMPLAINT; Case No. C 07-06086 JL

1  815, 815.2, 815.3, 818, 818.2, 818.4, 818.6, 818.8, 820, 820.2, 820.4, 820.6, 820.8, 820.9, 821,
2  821.2, 821.4, 821.6, 821.8, 822.2, 835.4, 905, 910, 911.2, and 945.6.

### TWELFTH AFFIRMATIVE DEFENSE

These answering defendants alleges that the amended complaint, and each cause of action therein, is barred by the statutes of limitations set forth in the Code of Civil Procedure §§ 313 through 349.4 including, but not limited to, §§ 335.1 and 342.

### THIRTEENTH AFFIRMATIVE DEFENSE

These answering defendants contend that plaintiffs' cause of action is barred by virtue of the doctrine of unclean hands.

### FOURTEENTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs have failed to mitigate the alleged damages, if any, which they claim to have sustained, and their recovery, if any, should be barred or diminished accordingly.

### FIFTEENTH AFFIRMATIVE DEFENSE

These answering defendants contend that plaintiffs' action is frivolous, unreasonable and without foundation and therefore defendants are entitled to attorneys' fees and costs pursuant to 42 U.S.C. §1988 and Code of Civil Procedure §§ 1021.7 and 1038.

### SIXTEENTH AFFIRMATIVE DEFENSE

These answering defendants contend that plaintiffs' action is barred by the doctrine of *res judicata* and that certain claims pursued herein are barred by the doctrine of *collateral estoppel*.

### SEVENTEENTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs' claim for damages is barred to the extent of any damages incurred more than six months prior to the filing of his claim pursuant to the California Government Code §900 et seq., and particularly §§ 905, 910, 911.2, 911.4, 945.6 and 946.6.

///

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

## EIGHTEENTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiffs have waived their right to maintain the action filed in this case.

WHEREFORE, these answering defendants pray that plaintiffs take nothing by their complaint, for costs of suit herein, and for such other and further relief as to the Court may seem reasonable and proper.

DATE:  December 21, 2007

HOWARD ROME MARTIN & RIDLEY LLP

By:  /s/ JOSEPH C. HOWARD, JR.
Joseph C. Howard, Jr.
Attorneys for Defendants
KENNETH VITORELO, JACK AIELLO
and CITY OF SAN CARLOS

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

DEFENDANTS' ANSWER TO COMPLAINT; Case No. C 07-06086 JL

**NOTICE OF INTENT TO SEEK ATTORNEYS' FEES**

TO PLAINTIFFS AND TO THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendants contend that plaintiffs' complaint was not filed nor maintained in good faith or with reasonable cause and that these defendants are entitled to and intend to seek reasonable attorneys' fees from the plaintiffs and from plaintiffs' attorney of record, pursuant to Title 42 U.S.C. §1988 and Code of Civil Procedure §§ 1021.7 and 1038.

DATE: December 21, 2007

HOWARD ROME MARTIN & RIDLEY LLP

By: /s/ JOSEPH C. HOWARD, JR.
Joseph C. Howard, Jr.
Attorneys for Defendants
KENNETH VITORELO, JACK AIELLO
and CITY OF SAN CARLOS

**JURY DEMAND**

These answering Defendants hereby demand a trial by jury in this action.

DATE: December 21, 2007

HOWARD ROME MARTIN & RIDLEY LLP

By: /s/ JOSEPH C. HOWARD, JR.
Joseph C. Howard, Jr.
Attorneys for Defendants
KENNETH VITORELO, JACK AIELLO
and CITY OF SAN CARLOS

DEFENDANTS' ANSWER TO COMPLAINT; Case No. C 07-06086 JL