United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. HOWELL and SHELLEY H.K. HOWELL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KENNETH VITORELO, et al.,<br><br>　　　　Defendants | No. C-07-6086 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On December 21, 2007, defendants electronically filed an answer to plaintiffs' complaint.  On January 9, 2008, defendants electronically filed an amended answer to plaintiffs' complaint.  As to each such filing, defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

　　　　Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

1  documents. Defendants are hereby advised that if they fail in the future to comply with the
2  Court's Standing Order to provide a chambers copy of each electronically-filed document,
3  the Court may impose sanctions, including, but not limited to, striking from the record any
4  electronically-filed document of which a chambers copy has not been timely provided to the
5  Court.
6  **IT IS SO ORDERED.**

8  Dated:  January 16, 2008

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge