JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants KENNETH VITORELO,
JACK AIELLO and CITY OF SAN CARLOS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. HOWELL and SHELLEY H.K. HOWELL,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH VITORELO, individually and in his capacity as a San Carlos Building Inspector; JACK AIELLO, individually and in his capacity as the San Carlos Building Official; CITY OF SAN CARLOS,<br><br>Defendants. | Case No. C 07-06086 MMC<br><br>DECLARATION OF TODD H. MASTER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO HAVE AVERMENTS IN DEFENDANTS' ANSWER DEEMED ADMISSIONS AND TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES<br><br>Date:        February 8, 2008<br>Time:       9:00 a.m.<br>Courtroom: 7<br>Judge:      Hon. Maxine M. Chesney |

I, TODD H. MASTER, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California, and am a member of the law firm of Howard Rome Martin & Ridley LLP, attorneys for defendants CITY OF SAN CARLOS, KENNETH VITORELO, and JACK AIELLO.

/ / /

/ / /

/ / /

1

2. I have personal knowledge of the facts stated in my Declaration, and could and would competently testify to these facts if called as a witness. To the extent that the information contained herein is based upon information and belief, I believe it to be true.

3. On information and belief, attached as Exhibit "A" to my Declaration is a true and correct copy of the December 18, 2007 correspondence sent by City Attorney Robert Lanzone to Mr. and Mrs. Howell.

4. On information and belief, attached as Exhibit "B" to my Declaration is a true and correct copy of the December 20, 2007 correspondence sent by Jeffrey Howell to City Attorney Robert Lanzone.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on this 17th day of January, 2008, at Redwood City, California.

_____
TODD H. MASTER

2

THM DECL IN OPPOSITION TO PLAINTIFFS' MOTION TO HAVE AVERMENTS IN DEFENDANTS' ANSWER DEEMED ADMISSIONS AND TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES;
Case No. C 07-06086 MMC

LAW OFFICES
## AARONSON, DICKERSON, COHN & LANZONE
A PROFESSIONAL CORPORATION
939 LAUREL STREET, SUITE D
POST OFFICE BOX 1065
SAN CARLOS, CALIFORNIA 94070
PHONE: 650-593-3117
FAX: 650-637-1401
www.adcl.com

ROBERT J. LANZONE
JEAN B. SAVAREE
MARC L. ZAFFERANO
GREGORY J. RUBENS
LINDA J. NOESKE*
  *Certified Specialist, Family Law
  The State Bar of California
  Board of Legal Specialization

MICHAEL AARONSON
(1910-1998)

OF COUNSEL

MELVIN E. COHN
(Superior Court Judge/Retired)

KENNETH M. DICKERSON

Robert J. Lanzone
Direct Line: 650-593-5125 x204
E-mail: Rlanzone@adcl.com

December 18, 2007.

Jeffrey A. Howell
Shelley H. K. Howell
1350 Woodland Avenue
San Carlos, CA 94070

Re: Howell v. City of San Carlos
(Northern District of California, Case No. CV 07-6086)

Dear Mr. and Mrs. Howell:

As you know, we represent the City of San Carlos as City Attorneys.

The Complaint that you have filed in the above referenced action was left with the City of San Carlos Building Department on December 3, 2007. Please be advised that the City's Building Department is not authorized and did not accept service on behalf of the City or any of its employees. In addition, neither of the employees named in the suit have been served.

Sincerely,

ROBERT J. LANZONE
City Attorney

RJL:jm

EXHIBIT A

Q:\Cities\San Carlos\Enforcement\Howell\letters\Howell2.wpd

1350 Woodland Avenue
San Carlos, CA  94070

Robert Lanzone
City Attorney
939 Laurel Street, Suite D
P.O. Box 1065
San Carlos, CA  94070

Re:  Howell v. Vitorelo, et al (CV 07-6086-MMC)

December 20, 2007

Dear Mr. Lanzone:

I am writing in response to your letter dated December 18, 2007.  On December 3, 2007 our process server entered the San Carlos City Hall and requested the name and location of the person who would accept service of process for Mr. Vitorelo, Mr. Aiello, and the City of San Carlos.  Chris Valley approached our process server and represented to her that he was a San Carlos City Official and that he had the authority to accept service for all three defendants.  Relying upon that representation, our process server did provide copies of the complaint and the supporting documentation to Mr. Valley.

Our Return of Service has been filed with the court and your answer to the complaint is due on December 24, 2007.  We have included a copy for your reference.  We are prepared to file a Motion for Default Judgment if an answer is not timely filed.

Regards,

Jeffrey Howell

Encl:  Return of Service

EXHIBIT B

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 12/3/07  1:18 PM

Service of the Summons and Complaint was made by me

Name of SERVER: Jinmin Rudolph
TITLE: homemaker

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Chris Valley, acting building official for the City of San Carlos
600 Elm Street
San Carlos, CA 94070

☐ Returned unexecuted:

☐ Other (specify):

**ORIGINAL FILED**
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| none | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/3/07
Date

Signature of Server: Jinmin Rudolph

Address of Server: 357 Quay Lane, Redwood City, CA 94065

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.