# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY A. HOWELL and SHELLEY
H.K. HOWELL,

          Plaintiff(s),

      v.

KENNETH VITORELO, JACK AIELLO,
CITY OF SAN CARLOS,

          Defendant(s).

_____/

CASE NO. C 07-06086 MMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
*appreciably more likely to meet their needs than any other form of ADR, must participate in an*
*ADR phone conference and may not file this form. They must instead file a Notice of Need for*
*ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*   Mediation
Honorable (Ret.) V. Gene McDonald

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order*
        *referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 2/20/08    _____

                    Attorney for Plaintiff Pro Se

Dated: 2/20/08    _____

                    Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓    Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: February 21, 2008

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT