**CIVIL MINUTES**

**FILED**

Judge **MAXINE M. CHESNEY**

MAR 1 4 2008

Date: MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

C- 07 - 6086 - MMC

JEFFREY A. HOWELL et al  v.  KENNETH VITORELO et al

Attorneys: JEFFREY HOWELL (PRO SE)    TODD MASTER

SHELLEY HOWELL (PRO SE)

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — INITIAL

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 11/14/08.
Meet & confer by 12/29/08. Last day to file motion to compel is: 11/7/08.

(✓) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ✓

(✓) Referred ~~to Magistrate~~ Previously For: Private Mediation
        ( ) By Court
(✓) CASE CONTINUED TO 11/14/08 @ 10:30  for  Further Status Conference
    (Joint Statement due 11/7/08).
Discovery Cut-Off  8/29/08    Expert Discovery Cut-Off  10/24/08
π/Δ                              π/Δ  Rebuttal
~~Plntf~~ to Name Experts by  9/12/08    ~~Deft~~ to Name Experts by  9/26/08

P/T Conference Date 2/3/09 @ 3:00  Trial Date 3/9/09 @ 9:00  Set for 5-7 days
                            Type of Trial: (✓) Jury    ( ) Court
Notes: _____