Gerald V. Barron, Esq. (SBN 53118)
Barron and Associates
Lincoln and Seventh Streets, Suite 5
P.O. Box 5476
Carmel, CA 93921
Telephone: (831) 624-1044
Facsimile: (831) 624-1053

Attorney for Plaintiffs Jeffrey and Shelley Howell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JEFFREY A. HOWELL and SHELLEY H.K. HOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH VITORELO, individually and in his capacity as a San Carlos Building Inspector; JACK AIELLO, individually and in his capacity as the San Carlos Building Official; CITY OF SAN CARLOS, <br><br> Defendants. | Case No. CV 076086MMC <br><br> SUBSTITUTION OF ATTORNEY |

SUBSTITUTION OF ATTORNEY - 1

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please
2  take notice that Plaintiffs, Jeffrey and Shelley Howell, hereby make the following substitution of
3  counsel of record:

   Jeffrey A. and Shelley H. K. Howell
4  In Pro Per
   1350 Woodland Avenue
5  San Carlos, CA 94070

6  should be removed and, consequently, should no longer receive notice of filings.

7  Plaintiff's new counsel of record will be:

8  Gerald V. Barron, Esq. (SBN 53118)
   Barron and Associates
9  Lincoln and Seventh Streets, Suite 5
   P.O. Box 5476
10 Carmel, CA 93921
   Telephone: (831) 624-1044
11 Facsimile: (831) 624-1053
   Email: barron@barronandassoc.com
12

13 The following parties and attorney consent to this substitution:

14

15 Dated: June 22, 2008
                                            _____
16                                          Jeffrey A. Howell

17

18 Dated: June 22, 2008
                                            _____
19                                          Shelley H. K. Howell

20

21 Dated: July 3, 2008
                                            _____
22                                          Gerald V. Barron
                                            Attorney for Plaintiffs
23

24

25

SUBSTITUTION OF ATTORNEY - 2

## PROOF OF SERVICE

### (C.C.P 1013a, 2015.5)

I, Pamela S. Willoughby, declare that I am self-employed in the County of Monterey, California. I. My Address is Post Office 5476, Carmel, CA 93921.

On the date indicated below, I served the following document(s) in the manner noted, by placing a true copy thereof in a sealed envelope.

**Document(s): SUBSTITUTION OF ATTORNEYS**

[ ]  **(BY PERSONAL SERVICE)** I caused to be served a copy of said document(s) by hand delivery to the interested parties on the attached service list.

[ ]  **(BY FACIMILE)** I served a copy of said document(s) via facsimile transmission to

[ ]  **(BY OVERNIGHT DELIVERY SERVICE)** I served a copy of said document(s) to be sent via overnight delivery service to the parties listed on the attached service list.

[X]  **(BY U.S. MAIL)** I served a copy of said document(s) to be placed in a United States mail depository, in a sealed envelope with postage fully prepaid, to the interested parties on the service list.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and this declaration was executed on July 3, 2008, in Carmel, California.

PAMELA S. WILLOUGHBY

CERTIFICATE OF SERVICE – Case No. C 07-06086 MMC - 1

## SERVICE LIST

JOSEPH C. HOWARD, JR.
TODD H. MASTER
HOWARD, ROME, MARTIN & RIDLEY, LLP
1775 Woodside Road, Suite 200
Redwood City, CA  94061

CERTIFICATE OF SERVICE – Case No. C 07-06086 MMC - 2