IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. HOWELL and SHELLEY H.K. HOWELL,<br><br>    Plaintiffs<br><br>  v.<br><br>KENNETH VITORELO, et al.,<br><br>    Defendants | No. C 07-6086 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS** |

    Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion to Compel (Disclosure, Response, Production of Documents) and Motion for Sanctions Under Federal Rules of Civil Procedure Rules 34 and 37," filed November 3, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    The December 12, 2008 hearing noticed before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: November 4, 2008

                                                            MAXINE M. CHESNEY<br>                                                          United States District Judge