United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. HOWELL, AND SHELLEY H.K. HOWELL,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH VITORELO, et al.,<br><br>Defendants.<br>_____/ | No. C 07-6086 MMC (JL)<br><br>**NOTICE** |

TO PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court finds the Plaintiff's motion to compel, e-filed at Docket # 23, suitable for submission without a hearing, pursuant to Civil Local Rule 7-1(b). The hearing for December 17, 2008 at 9:30 a.m. is hereby vacated.

IT IS SO ORDERED.

DATED: November 24, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-6086\Notice-23.wpd    1