# HOWARD ROME MARTIN & RIDLEY LLP

ATTORNEYS AT LAW

1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061-3436
FACSIMILE (650) 364-5297
TELEPHONE (650) 365-7715

JOSEPH C. HOWARD, JR.
HENRY D. ROME
GLENN D. MARTIN
SHAWN M. RIDLEY
BETH C. HOPWOOD
KEN L. HOANG
TODD H. MASTER
VANTHARA MEAK‡
FREDERICK W. GATT
PIA V. McDOUGALL*
BOBBIE R. BAILEY‡♦
TRINA CLAYTON
NAOMI FRIBOURG
MELVIN K. PATTERSON
MATTHEW J. JENSEN
RYAN KUJAWSKI
CHRISTINA HELWIG
EDWARD C. HSU
CRAIG W. CHING

December 8, 2008

♦ALSO LICENSED IN KANSAS
‡ALSO LICENSED IN MISSOURI
*ALSO LICENSED IN PENNSYLVANIA

**VIA E-FILE AND FACSIMILE (415-522-3601)**

Hon. Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Howell v. Vitorelo, et al.
     Case No. C-07-6086 MMC

Dear Magistrate Spero:

This matter is scheduled for a settlement conference on Wednesday, December 10th. My office represents the defendants. On December 1, 2008, my office filed an application to excuse the individual defendants from attending the conference. See Document No. 51. Since the filing of that application, I have spoken with plaintiffs' counsel and he has informed me that he has no objection to our request to excuse Messrs. Aiello and Vitorelo from attending Wednesday's settlement conference.

Very truly yours,

Todd H. Master

cc:  Gerald V. Barron, Esq. (via e-filing)

Dated: Dec. 9, 2008



IT IS SO ORDERED
Judge Joseph C. Spero