1  **JOSEPH C. HOWARD, JR. [SBN: 050784]**
   **TODD H. MASTER [SBN: 185881]**
2  **HOWARD ROME MARTIN & RIDLEY LLP**
   1775 Woodside Road, Suite 200
3  Redwood City, CA  94061
   Telephone:  (650) 365-7715
4  Facsimile:   (650) 364-5297

5  Attorneys for Defendants KENNETH VITORELO,
   JACK AIELLO and CITY OF SAN CARLOS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY A. HOWELL and SHELLEY H.K. HOWELL, | Case No. C 07-06086 MMC |
|---|---|
| Plaintiffs, | ORDER APPROVING |
| vs. | **STIPULATION TO CONTINUE HEARINGS ON PLAINTIFFS' AND DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION** |
| KENNETH VITORELO, individually and in his capacity as a San Carlos Building Inspector; JACK AIELLO, individually and in his capacity as the San Carlos Building Official; CITY OF SAN CARLOS, | |
| Defendants. | |

Pursuant to ND CA Rule 7-7(b), IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the hearings on the Motions for Summary Judgment or, Alternatively, Summary Adjudication, filed by Defendants CITY OF SAN CARLOS, KENNETH VITORELO, and JACK AIELLO (collectively, "Defendants") and Plaintiffs JEFFREY HOWELL and SHELLEY H.K. HOWELL (which are both currently scheduled to be heard on December 19, 2008 at 9:00 a.m. before the Honorable Maxine M. Chesney), be continued to January 9, 2008 at 9:00 a.m.  The parties have not previously stipulated to continue the hearing

1

_____
STIPULATION TO CONTINUE MSJ HEARINGS; Case No.  C 07-06086 MMC

1  date and make this request based on the tentative settlement reached at the December 10, 2008

2  Settlement Conference held before Magistrate Joseph C. Spero.  The motions have been fully

3  briefed.

4  Date:  December 12, 2008                    HOWARD ROME MARTIN & RIDLEY LLP

6                                              By:  __/s/ Todd H. Master_____
7                                                   Todd H. Master
                                                    Attorneys for Defendants

9  Date:  December 12, 2008

10                                             By:  __/s/ Gerald V. Barron_____
                                                    Gerald V. Barron, Esq.
11                                                  Attorney for Plaintiffs

12                                          **ORDER**

13       Pursuant to the above stipulation, it is hereby ordered that the hearing on the Motions for

14  Summary Judgment and/or Summary Adjudication filed by Defendants and Plaintiffs are continued

15  to January 9, ~~2008~~ 2009 at 9:00 a.m. in Courtroom 7.

17  Date:  December 15, 2008                   By: /s/ Maxine M. Chesney
18                                                  Hon. Maxine M. Chesney