HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

1  JOSEPH C. HOWARD, JR. [SBN: 050784]
   TODD H. MASTER [SBN: 185881]
2  HOWARD ROME MARTIN & RIDLEY LLP
   1775 Woodside Road, Suite 200
3  Redwood City, CA  94061
   Telephone:  (650) 365-7715
4  Facsimile:   (650) 364-5297

5  Attorneys for Defendants KENNETH VITORELO,
   JACK AIELLO and CITY OF SAN CARLOS
6

7

8          IN THE UNITED STATES DISTRICT COURT

9      IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JEFFREY A. HOWELL and SHELLEY H.K.        Case No. C 07-06086 MMC
    HOWELL,
12
            Plaintiffs,                       ORDER APPROVING
13
       vs.                                    STIPULATION OF DISMISSAL
14                                            [FRCP 41 (a) (1)]
    KENNETH VITORELO, individually and in his
15  capacity as a San Carlos Building Inspector;
    JACK AIELLO, individually and in his capacity
16  as the San Carlos Building Official; CITY OF
    SAN CARLOS,
17
            Defendants.
18

19

20          IT IS HEREBY STIPULATED by and between the parties to this action through their

21  designated counsel that the above-entitled action filed by plaintiffs JEFFREY A. HOWELL and

22  SHELLEY H.K. HOWELL against defendants KENNETH VITORELO, JACK AIELLO, and the

23  CITY OF SAN CARLOS (collectively, "defendants") and all others is dismissed with prejudice

24  ///

25  ///

26

                                    1

STIPULATION RE DISMISSAL; Case No. C 07-06086 MMC

pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: January 7, 2009

By: _Todd Master_
Todd H. Master
Attorneys for Said Defendants

Dated: January 7, 2009

By _Gerald V. Barron_
Gerald V. Barron
Attorneys for Plaintiffs

## ORDER

This Stipulation re Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: January 7, 2009

_Maxine M. Chesney_
Hon. Maxine M. Chesney
United States District Judge

2

STIPULATION RE DISMISSAL; Case No. C 07-06086 MMC